**ORIGINAL**



**FILED**

JAN 21 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

**CV20  80-0017 MISC** JCS

In Re:

DMCA SUBPOENA TO CLOUDFLARE, INC.,

    Service Provider.

DECLARATION IN SUPPORT OF REQUEST FOR DMCA SUBPOENA TO CLOUDFLARE, INC.

BY FAX

DECLARATION IN SUPPORT OF
REQUEST FOR DMCA SUBPOENA
TO CLOUDFLARE, INC. - 1

MARSHALL SUZUKI LAW GROUP, LLP
230 California Street, Suite 415
San Francisco, CA 94111
(415) 618-0900 - (415) 618-0190 (fax)

I, Junji Suzuki, hereby declare as follows:

1. I am authorized to act on behalf of CSJJ Media, Inc (hereinafter, "CSJJ"). I have personal knowledge of the facts contained herein and, if called upon to do so, could and would testify competently thereto.

2. I submit this declaration in support of CSJJ's request for issuance of a Subpoena (the "DMCA Subpoena") by the Clerk of this Court, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) to Cloudflare, Inc., relating to the posting of CSJJ's copyrighted material on the domain, Avgle.com.

3. A true and correct copy of the December 16, 2019, December 17, 2019, December 18, 2019, December 19, 2019 and December 23, 2019 notifications under 17 U.S.C. § 512(c)(3)(A) are attached as Exhibit A.

4. The purpose of the DMCA Subpoena is to obtain information sufficient to identify alleged infringers who, without authorization from CSJJ, posted material to the web page Avgle.com, which infringed copyrights held by CSJJ. The information received as a result of the DMCA Subpoena will only be used by CSJJ to protect its rights under Title 17 of the United States Code.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 17th day of January 2020, at San Francisco, California.

_____
Junji Suzuki

DECLARATION IN SUPPORT OF
REQUEST FOR DMCA SUBPOENA
TO CLOUDFLARE, INC. - 2

MARSHALL SUZUKI LAW GROUP, LLP
230 California Street, Suite 415
San Francisco, CA 94111
(415) 618-0900 - (415) 618-0190 (fax)

Exhibit A

**Jason Tucker**
___

| | |
|---|---|
| **From:** | Jason Tucker <​ipstance.com> |
| **Sent:** | Monday, December 16, 2019 9:23 AM |
| **To:** | 'copyright@avgle.com'; 'abuse@cloudflare.com' |
| **Subject:** | DMCA Notice for Copyright Infringement - CSJJ Media - ▮ |

Via Email: copyright@avgle.com; abuse@cloudflare.com

**RE: DMCA Notice for Copyright Infringement - CSJJ Media - JSKY**

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
CSJJ Media, Inc.
c/o Battleship Stance, Inc.
Attn: Jason Tucker
Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ AZ 85016 USA

Infringing Material:
1. https://avgle.com/video/jXRrBryxQrU/%E3%83%81%E3%83%BC%E3%83%A0%E6%9C%A8%E6%9D%91%E7%95%AA%E5%A4%96%E7%B7%A8-%E8%8B%A5%E7%8B%AD%E7%94%B1%E7%9C%9F-tokyo-hot-kb1513
2. https://avgle.com/video/ZL_gEgDoqgf/%E3%83%81%E3%83%BC%E3%83%A0%E6%9C%A8%E6%9D%91%E7%95%AA%E5%A4%96%E7%B7%A8%E7%94%9F%E6%8C%BF%E5%85%A5-%E7%B5%90%E5%9F%8E%E3%83%9F%E3%82%AF%E3%83%8B-tokyo-hot-kb1563
3. https://avgle.com/video/Z4_gEgPS3gf/%E3%83%81%E3%83%BC%E3%83%A0%E6%9C%A8%E6%9D%91%E7%95%AA%E5%A4%96%E7%B7%A8-%E6%A9%98%E5%96%9C%E4%BB%A3%E5%AD%90-tokyo-hot-kb1564
4. https://avgle.com/video/j40NtNqv1Nw/%E4%B8%8D%E6%98%8E-%E3%83%81%E3%83%BC%E3%83%A0%E6%9C%A8%E6%9D%91%E7%95%AA%E5%A4%96%E7%B7%A8%E7%94%9F%E6%8C%BF%E5%85%A5-%E5%B7%9D%E8%B0%B7%E7%BE%8E%E7%8E%96-tokyo-hot-kb1565
5. https://avgle.com/video/n5TUyUVJjU8/%E3%83%81%E3%83%BC%E3%83%A0%E6%9C%A8%E6%9D%91%E7%95%AA%E5%A4%96%E7%B7%A8%E7%94%9F%E6%8C%BF%E5%85%A5-%E7%AB%B9%E7%94%B0%E9%BA%97%E4%BD%B3-tokyo-hot-kb1567
6. https://avgle.com/video/EANPyPncjPm/%E3%83%81%E3%83%83%BC%E3%83%A0%E6%9C%A8%E6%9D%91%E7%95%AA%E5%A4%96%E7%B7%A8-%E9%87%91%E6%BE%A4%E8%90%8C%E7%B5%B5-tokyo-hot-kb1568

1

7. https://avgle.com/video/_3WhShjIChZ/%E3%83%81%E3%83%BC%E3%83%A0%E6%9C%A8%E6%9D%91%E7%95%AA%E5%A4%96%E7%B7%A8%E7%94%9F%E6%8C%BF%E5%85%A5-%E7%AC%A0%E9%96%93%E6%9C%89%E5%B8%8C-tokyo-hot-kb1571
8. https://avgle.com/video/IKVmDmNEZmv/%E3%83%81%E3%83%BC%E3%83%A0%E6%9C%A8%E6%9D%91%E7%95%AA%E5%A4%96%E7%B7%A8-%E6%A1%9C%E4%BA%95%E7%BE%8E%E7%B4%85-tokyo-hot-kb1572
9. https://avgle.com/video/1PdoDorImoX/%E3%83%81%E3%83%BC%E3%83%A0%E6%9C%A8%E6%9D%91%E7%95%AA%E5%A4%96%E7%B7%A8%E7%94%9F%E6%8C%BF%E5%85%A5-%E8%92%BC%E4%B9%83%E8%8C%9C-tokyo-hot-kb1573
10. https://avgle.com/video/rqA2j26Ho2r/tokyo-hot-n-0172-the-lovely-girl-mami-asada
11. https://avgle.com/video/C7GlilAulld/tokyo-hot-n0502-%E5%8C%97%E6%9D%A1%E9%BA%BB%E5%A6%83-%E9%A1%9B%E6%9C%AB%E8%82%89%E4%BE%BF%E5%99%A8%E3%82%A8%E3%82%BB%E3%82%BB%E3%83%AC%E3%83%96%E6%B1%81
12. https://avgle.com/video/EUNPrPRg2Pm/tokyo-hot-n0503-%E6%A1%9C%E4%BA%95%E7%BE%8E%E9%87%8C-%E7%99%BD%E9%AB%98%E3%81%A1%E3%81%95%E3%81%A8-%E9%95%B7%E8%BA%AB%E5%90%8D%E6%A8%A1%E9%81%8E%E5%89%B0%E8%BC%AA%E5%A7%A6%E6%B1%81%E6%BA%BA%E6%AD%BB-misato-sakurai
13. https://avgle.com/video/1UkMVMnMQM2/n0504-%E5%A5%B3%E5%AD%90%E3%82%A2%E3%83%8A%E5%87%B9%E5%A7%A6%E5%BC%B7%E5%88%B6%E7%A8%AE%E4%BB%98%E5%AD%95%E6%B1%81
14. https://avgle.com/video/_XWhohDPIhT/tokyohot-n0506-%E6%83%A8%E5%8A%87%E7%BE%8E%E4%B9%B3%E8%BC%AA%E3%82%AB%E3%83%B3%E5%BF%85%E5%AD%95%E5%AC%B2%E5%87%B9%E6%B1%81
15. https://avgle.com/video/NEYGHGZSlGN/%E5%9F%8E%E5%B4%8E%E9%BA%BB%E7%90%86E3%80%80-n0522-%E6%9C%AC%E7%89%A9rq%E8%BC%AA%E5%A7%A6%E4%B8%AD%E5%87%BA%E3%81%97%E6%84%9F%E5%8B%95%E6%B1%81
16. https://avgle.com/video/ayQ18l Bqn1a/%E6%9D%B1%E4%BA%AC%E7%86%B1tokyo-hot-n0526-%E6%84%9B%E6%B2%A2%E8%93%AE%E5%87%B9%E5%A7%A6%E9%81%8E%E9%80%9D%E9%AC%B1%E6%82%AA%E5%8C%96%E6%B1%81
17. https://avgle.com/video/0FrBfBvX8B0/tokyo-hot-n0542-%E6%8A%98%E7%AC%A0%E3%81%97%E3%81%AE%E3%81%B6-%E9%AB%98%E5%9F%8E%E3%82%86%E3%81%84-%E7%88%86%E4%B9%B3g%E3%82%AB%E3%83%83%E3%83%97%E7%84%A1%E5%B7%AE%E5%88%A5%E4%B8%AD%E5%87%BA%E3%81%97
18. https://avgle.com/video/LG9pUpBcUpL/tokyo-hot-n0569-tsubasa-eto
19. https://avgle.com/video/WEBaGa33paW/n0586-%E7%BE%8E%E4%BA%BAca3%E7%A9%B4%E5%87%B9%E5%A7%A6%E5%A3%8A%E6%BB%85%E5%AC%B2%E6%B1%81
20. https://avgle.com/video/v1ZSqSMINSv/%E9%AB%98%E6%A9%8B%E7%94%B1%E8%A1%A3-n0593-t%E5%A4%A7%E3%83%86%E3%83%8B%E3%82%B9%E9%83%A8%E5%90%88%E5%AE%BF%E8%BC%AA%E5%A7%A6%E4%BA%8B%E4%BB%B6
21. https://avgle.com/video/jj0NlNNSoNw/tokyo-hot-n0634-%E6%B0%B4%E7%8E%89%E3%83%AC%E3%83%A2%E3%83%B3-%E5%BC%B7%E5%88%B6%E7%94%9F%E5%A7%A6%E6%B0%A3%E7%B5%95%E4%B8%AD%E5%87%BA%E3%81%97-hd
22. https://avgle.com/video/jeRr0rJ7vrj/%E4%B8%80%E3%83%8E%E7%80%AC%E3%82%A2%E3%83%A1%E3%83%AAn0646

23. https://avgle.com/video/N4YGzGEn9GN/%E6%98%9F%E9%87%8E%E3%82%A4%E3%83%96n0775
24. https://avgle.com/video/ZpFrMrcvXrr/n0781-%E8%AC%8E%E3%81%AE%E7%BE%8E%E4%BA%BA%E3%82%B3%E3%82%B9%E3%83%97%E3%83%AC3%E7%A8%AE%E5%AD%95%E5%A7%A6-1
25. https://avgle.com/video/g2b8_89XW87/tokyo-hot-n0783-%E3%81%82%E3%81%9A%E3%81%BF%E6%81%8B%E7%A9%B4-%E9%A1%94%E9%9D%A230%E7%99%BA%E7%B2%BE%E6%B6%B2%E4%B8%AD%E5%87%BA%E3%81%97-%E3%81%82%E3%81%9A%E3%81%BF%E6%81%8B
26. https://avgle.com/video/vxZSuSZBoSv/n0788%E6%97%A0%E4%BF%AE%E6%AD%A3
27. https://avgle.com/video/suHR5RC1ZRm/%E8%8C%85%E3%83%B6%E5%B4%8E%E3%81%82%E3%82%8A%E3%81%99-n0863
28. https://avgle.com/video/ldf505Nik5Z/tokyo-hot-n0892-%E5%8F%AF%E6%86%90%E7%BE%8E%E5%B0%91%E5%A5%B33%E7%A9%B4%E5%AD%98%E7%B6%9A%E5%8D%B1%E6%A9%9F-%E6%97%A5%E5%90%91%E5%B0%8F%E5%A4%8F
29. https://avgle.com/video/_D6nsnH8hn_/%E6%84%9B%E5%92%B2%E3%82%8C%E3%81%84%E3%82%89-%E5%8E%9F%E5%8D%83%E5%B0%8B-%E9%9D%92%E5%B1%B1%E3%82%86%E3%81%84-n0911-w%E5%A7%A6
30. https://avgle.com/video/GcpfefPxdfJ/sample-tokyo-hot-n0923-%E7%94%9F%E6%84%8F%E6%B0%97%E5%A5%B3%E3%82%92%E5%BE%B9%E5%BA%95%E8%AA%BF%E6%95%99-%E6%A4%8E%E5%90%8D%E3%81%BF%E3%81%8F%E3%82%8B
31. https://avgle.com/video/lxf5A5pTT5l/n1006-%E7%9F%A5%E7%9A%84%E7%BE%8E%E5%B0%91%E5%A5%B3%E6%80%A7%E5%B4%A9%E5%A3%8A%E5%9C%B0%E7%8D%84
32. https://avgle.com/video/ggEDhDYSqDg/n1069-%E4%B8%80%E5%88%80%E4%B8%A1%E6%96%AD-%E6%A4%8E%E5%90%8D%E6%84%9B%E8%8E%89
33. https://avgle.com/video/GKpfZf3PBfG/n1125-%E7%B5%B6%E5%AF%BE%E6%9C%8D%E5%BE%93-%E7%A8%B2%E6%A3%AE%E3%82%86%E3%81%8B%E3%82%8A
34. https://avgle.com/video/C5GlYl85llC/%E6%9D%B1%E4%BA%AC%E7%86%B1-n1160-%E9%9B%99%E5%A7%A6-%E8%A5%BF%E5%B3%B6%E7%8E%B2%E5%A5%88-%E6%A3%AE%E5%B4%8E%E6%9D%8F%E9%82%A3-%E8%A5%BF%E6%A2%9D%E6%B2%99%E7%BE%85-%E4%B8%AD%E6%96%87%E5%AD%97%E5%B9%95
35. https://avgle.com/video/CBGl2l0zRlC/tokyohot-n1180-ayaka-nakai-l-javfree-vn-blogspot-com
36. https://avgle.com/video/FihC2CBDHCF/tokyo-hot-n1192-%E9%AC%BC%E9%80%9D%E3%81%8D-%E5%8A%A0%E8%97%A4%E3%81%8B%E3%81%99%E3%81%BF
37. https://avgle.com/video/MXwvbvvntvZ/%E7%95%AA%E5%8F%B7%E9%B8%BDtokyo-hot-n1378%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-%E4%BA%9E%E7%86%B1%E5%B8%AF%E5%AF%86%E6%9E%97%E9%99%B0%E6%AF%9B%E7%89%B9%E9%9B%86%E3%80%80part1
38. https://avgle.com/video/ljf5w5FTq5l/xvsr-361-%E5%BC%B7%E6%8F%92%E4%BA%BA%E5%A6%BB%E7%88%BD%E6%88%90%E7%82%AE%E5%8F%8B-%E7%89%B9%E9%9B%86-%E4%B8%AD%E6%96%87%E5%AD%97%E5%B9%95
39. https://avgle.com/video/RX1wdwYqzwU/%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-%E9%9B%84%E6%B1%81%E6%B5%81%E3%81%97%E8%BE%BC%E3%81%BF%E7%89%B9%E9%9B%86-part9-tokyo-hot-n1417
40. https://avgle.com/video/qhl5J5ncV5f/%E6%9D%B1%E7%86%B1%E6%BF%80%E6%83%85-%E5%B1%88%E8%BE%B1%E7%BE%9E%E6%81%A5%E3%82%AF%E3%82%B9%E3%82%B3-%E7%89%B9%E9%9B%86-part11-tokyo-hot-n1419

41. https://avgle.com/video/_AORuR7XoRO/random-squirts-part-11
42. https://avgle.com/video/eFScAcNYTcU/%E4%B8%8D%E6%98%8E-%E3%83%81%E3%83%BC%E3%83%A0%E6%9C%A8%E6%9D%91%E7%95%AA%E5%A4%96%E7%B7%A8-%E9%81%A0%E8%97%A4%E6%A5%93-tokyo-hot-kb1570
43. https://avgle.com/video/JocdEd_55dd/tokyo-hot-n1126-w%E5%A7%A6-%E5%BA%83%E7%80%AC%E7%9C%9F%E7%90%B4-%E4%B8%AD%E5%8E%9F%E7%BF%94%E5%AD%90

Location of original works: https://my.tokyo-hot.com

This correspondence and all of its contents is without prejudice to CSJJ Media, Inc., ■■■■■■■ or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker
Agent for CSJJ Media, Inc.



Jason Tucker
SKYPE: ■■■■
Twitter: ■■■■

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability. All rights reserved.

# Jason Tucker

| | |
|---|---|
| **From:** | Jason Tucker <​███​m> |
| **Sent:** | Tuesday, December 17, 2019 2:31 PM |
| **To:** | 'copyright@avgle.com'; 'abuse@cloudflare.com' |
| **Subject:** | DMCA Notice for Copyright Infringement - CSJJ Media - ███ |

Via Email: copyright@avgle.com; abuse@cloudflare.com

**RE: DMCA Notice for Copyright Infringement - CSJJ Media - JSKY**

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
CSJJ Media, Inc.
c/o Battleship Stance, Inc.
Attn: Jason Tucker
Address: ███

Infringing Material:
1. https://avgle.com/video/7Yt6O6pA66P/%E3%83%81%E3%83%BC%E3%83%A0%E6%9C%A8%E6%9D%91%E7%95%AA%E5%A4%96%E7%B7%A8%E7%94%9F%E6%8C%BF%E5%85%A5-%E5%9D%82%E4%B8%8B%E6%81%B5-tokyo-hot-kb1559
2. https://avgle.com/video/EANPyPncjPm/%E3%83%81%E3%83%BC%E3%83%A0%E6%9C%A8%E6%9D%91%E7%95%AA%E5%A4%96%E7%B7%A8-%E9%87%91%E6%BE%A4%E8%90%8C%E7%B5%B5-tokyo-hot-kb1568
3. https://avgle.com/video/1PdoDorImoX/%E3%83%81%E3%83%BC%E3%83%A0%E6%9C%A8%E6%9D%91%E7%95%AA%E5%A4%96%E7%B7%A8%E7%94%9F%E6%8C%BF%E5%85%A5-%E8%92%BC%E4%B9%83%E8%8C%9C-tokyo-hot-kb1573
4. https://avgle.com/video/yzj7P7H5_7y/tokyo-hot-n0183-the-lovely-girl-mami-asada-satomi-suzuki
5. https://avgle.com/video/_OvrlrDLfrb/%E6%9D%B1%E4%BA%AC%E7%86%B1-tokyo-hot-n0587-%E4%BD%90%E3%80%85%E6%9C%A8%E6%98%8E%E6%97%A5%E9%A6%99-%E7%B4%A0%E4%BA%BA%E8%BC%AA%E5%A7%A6%E5%BB%A2%E6%A3%84%E9%87%87%E8%89%AF%E8%82%89%E4%BE%BF%E5%99%A8-%E5%AE%8C%E5%85%A8%E7%B4%A0%E4%BA%BA%E5%87%B9%E5%87%B9%E4%BD%9C%E5%93%81
6. https://avgle.com/video/QnuH3H70BHQ/%E6%A8%AA%E5%B1%B1%E3%81%BF%E3%82%8CE3%81%84-n0682%E3%80%80%E9%AC%BC%E9%80%9D
7. https://avgle.com/video/EuCOcOvayOE/%E5%AE%AE%E9%96%93%E8%91%B5-n0688-%E9%AC%BC%E9%80%9D
8. https://avgle.com/video/0VrBJBqLeB0/tokyo-hot-n0724-aika

1

9. https://avgle.com/video/ZvI8B8IsB88/n0781-%E8%AC%8E%E3%81%AE%E7%BE%8E%E4%BA%BA%E3%82%B3%E3%82%B9%E3%83%97%E3%83%AC3%E7%A8%AE%E5%AD%95%E5%A7%A6-3
10. https://avgle.com/video/NjDT5TFnHTQ/n0790-%E7%88%86%E5%A7%A6%E7%BE%8E%E4%BA%BA%E8%86%A3%E5%86%85%E7%B9%81%E6%AE%96%E9%AC%BC%E7%95%9C%E6%B1%81
11. https://avgle.com/video/tQm616mQk6V/tokyo-hot-n0917-w%E5%A7%A6%E6%9C%AC%E5%A4%9A%E7%BF%BC%E6%96%B0%E5%B1%B1%E3%81%8B%E3%81%88%E3%81%A7kaede-%E6%9C%80%E6%9C%9F%E3%81%AF%E3%81%93%E3%82%93%E3%81%AA%E6%9C%80%E9%AB%98%E3%81%AEw%E7%A6%8F%E4%B9%B3%E3%81%AB%E6%8C%9F%E3%81%BE%E3%82%8C%E3%81%A6%E6%AD%BB%E3%81%AB%E3%81%9F%E3%81%84
12. https://avgle.com/video/ESCO1OfJ_Op/%E6%9D%B1%E4%BA%AC%E7%86%B1-tokyo-hot-n0946-%E5%BE%B9%E5%BA%95%E6%B7%A9%E8%BE%B1%E3%81%AE%E8%BB%9F%E4%BD%93%E3%81%AB%E3%81%AE%E8%BB%9F%E4%BD%933fuck%E6%98%87%E5%A4%A9-%E5%A4%89%E5%89%87fuck%E9%A9%9A%E6%84%95-%E6%A5%B5%E4%B8%8A%E7%BE%8E%E4%BA%BA%E6%A9%8B%E6%9C%AC%E7%BE%8E%E5%B8%86miho-hashimoto
13. https://avgle.com/video/XnUK6K7pEKX/%E4%B8%AD%E5%B1%B1%E3%81%82%E3%81%95%E7%BE%8E%E3%80%80-n1051%E3%80%80%E5%A5%B3%E5%AD%90%E5%A4%A7%E7%94%9F%E9%80%A3%E7%B6%9A%E7%94%9F%E4%B8%AD%E5%87%BA%E5%A7%A6
14. https://avgle.com/video/YZyADAS8UAY/tokyo-hot-n1193-%E9%AC%BC%E9%80%9D-%E5%B9%B3%E5%B1%B1%E8%8F%9C%E6%91%98
15. https://avgle.com/video/ztKPAPyCGPP/sample-tokyohot-n1195
16. https://avgle.com/video/RiicwcIz1cR/tokyohot-n1196-shiho-nakamura-emi-iguchi-l-javfree-vn-blogspot-com
17. https://avgle.com/video/_46n4nnfLns/%E7%95%AA%E5%8F%B7%E9%B8%BD1pondo-030919-820%E6%97%A9%E8%B5%B7%E9%84%B0%E5%B1%85%E4%BA%BA%E5%A6%BB%E4%B8%8D%E7%A9%BA%E5%A5%B6%E7%BD%A9%E5%80%92%E5%9E%83%E5%9C%BE%E7%9C%9F%E6%AC%A0%E5%B9%B9-%E7%A5%88%E9%87%8C%E5%B8%8C%E6%BE%84
18. https://avgle.com/video/CJgScSMLqSk/random-squirts-part-15

Location of original works: https://my.tokyo-hot.com

This correspondence and all of its contents is without prejudice to CSJJ Media, Inc., ███████████ or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker
Agent for CSJJ Media, Inc.




Jason Tucker
SKYPE: ███
Twitter: @███

2

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability. All rights reserved.

**Jason Tucker**

| | |
|---|---|
| **From:** | Jason Tucker <█████████████> |
| **Sent:** | Wednesday, December 18, 2019 10:19 AM |
| **To:** | 'copyright@avgle.com'; 'abuse@cloudflare.com' |
| **Subject:** | DMCA Notice for Copyright Infringement - CSJJ Media - ███ |

Via Email: copyright@avgle.com; abuse@cloudflare.com

**RE: DMCA Notice for Copyright Infringement - CSJJ Media -** ███

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
CSJJ Media, Inc.
c/o Battleship Stance, Inc.
Attn: Jason Tucker
Address: ████████████████████████████████

Infringing Material:
1. https://avgle.com/video/7Zt6O6Qmc6P/%E3%83%81%E3%83%BC%E3%83%A0%E6%9C%A8%E6%9D%91%E7%95%AA%E5%A4%96%E7%B7%A8-%E6%9C%9D%E7%94%B0%E8%8A%BD%E4%B9%85-tokyo-hot-kb1560
2. https://avgle.com/video/rWA2j26A52r/tokyo-hot-n0192-to-your-school-mami-asada-satomi-suzuki
3. https://avgle.com/video/_FWhxhWWPh_/%E6%AB%BB%E4%BA%95%E3%81%A8%E3%82%82%E3%81%8B-n0706-%E9%AC%BC%E9%80%9D
4. https://avgle.com/video/s0HRORB_5Rs/tokyo-hot-n0744-aika
5. https://avgle.com/video/I_VmgmMpFmv/tokyo-hot-n0766-%E5%B6%8B%E3%83%A6%E3%83%AA%E3%82%A2-%E7%88%86%E5%A7%A6%E8%86%A3%E5%B0%84%E7%BE%8E%E4%B9%B3%E8%8B%97%E6%A2%9D%E7%97%B4%E5%A5%B3%E3%83%A6%E3%83%AA%E3%82%A2
6. https://avgle.com/video/I8VmqmSxKmm/n0781-%E8%AC%8E%E3%81%AE%E7%BE%8E%E4%BA%BA%E3%82%B3%E3%82%B9%E3%83%97%E3%83%AC3%E7%A8%AE%E5%AD%95%E5%A7%A6-2
7. https://avgle.com/video/0E3U4UsHyUF/n0792-%E9%9D%92%E5%B1%B1%E3%82%86%E3%81%84%E5%88%9D%E3%81%AE%E7%9C%9F%E6%AD%A3%E4%B8%AD%E5%87%BA%E3%81%97
8. https://avgle.com/video/G4pfEfvYzfG/%E6%9C%AC%E7%94%B0%E7%91%A0%E5%A5%88-n0991-%E8%84%B1%E8%90%BD%E3%82%A2%E3%82%A4%E3%83%89r%E8%82%89%E4%BD%93%E6%8E%A5%E5%BE%85

Location of original works: https://my.tokyo-hot.com

This correspondence and all of its contents is without prejudice to CSJJ Media, Inc., ▆▆▆▆▆▆▆▆ or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker
Agent for CSJJ Media, Inc.

Jason Tucker
SKYPE: ▆▆▆▆▆▆
Twitter: ▆▆▆▆▆▆

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability. All rights reserved.

## Jason Tucker

| | |
|---|---|
| **From:** | Jason Tucker |
| **Sent:** | Thursday, December 19, 2019 11:07 AM |
| **To:** | 'copyright@avgle.com'; 'abuse@cloudflare.com' |
| **Subject:** | DMCA Notice for Copyright Infringement - CSJJ Media - |

Via Email: copyright@avgle.com; abuse@cloudflare.com

**RE: DMCA Notice for Copyright Infringement - CSJJ Media -**

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
CSJJ Media, Inc.
c/o Battleship Stance, Inc.
Attn: Jason Tucker
Address:                                                          USA

Infringing Material:
1. https://avgle.com/video/R81wOwznbw3/%E3%83%81%E3%83%BC%E3%83%A0%E6%9C%A8%E6%9D%91%E7%95%AA%E5%A4%96%E7%B7%A8%E7%94%9F%E6%8C%BF%E5%85%A5-%E5%B9%B3%E5%B7%9D%E3%81%95%E3%81%8F%E3%82%89-tokyo-hot-kb1561
2. https://avgle.com/video/_w6n0nhVAn_/%E8%B5%A4%E5%9D%82%E9%BA%97-n1043-%E5%A4%A7%E6%98%87%E5%A4%A9-%E6%B0%B8%E4%B9%85%E7%B5%B6%E9%A0%82%E5%9C%B0%E7%8D%84%E5%A7%A6-%E3%80%80
3. https://avgle.com/video/LjeM7MVe7ML/tokyo-hot-n1199-shiho-harada

Location of original works: https://my.tokyo-hot.com

This correspondence and all of its contents is without prejudice to CSJJ Media, Inc.,                              or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker
Agent for CSJJ Media, Inc.

1

Jason Tucker
SKYPE: ███
Twitter: ███

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

## Jason Tucker

| | |
|---|---|
| **From:** | Jason Tucker ▓▓▓▓▓▓▓▓▓▓ |
| **Sent:** | Thursday, December 19, 2019 2:19 PM |
| **To:** | 'copyright@avgle.com'; 'abuse@cloudflare.com' |
| **Subject:** | SECOND DMCA Notice for Copyright Infringement - CSJJ Media - ▓▓ |

Via Email: copyright@avgle.com; abuse@cloudflare.com

**RE: SECOND DMCA Notice for Copyright Infringement - CSJJ Media - ▓▓**

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
CSJJ Media, Inc.
c/o Battleship Stance, Inc.
Attn: Jason Tucker
Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Infringing Material:
1. https://avgle.com/video/jXRrBryxQrU/
2. https://avgle.com/video/ZL_gEgDoqgf/
3. https://avgle.com/video/Z4_gEgPS3gf/
4. https://avgle.com/video/j40NtNqv1Nw/
5. https://avgle.com/video/n5TUyUVJjU8/
6. https://avgle.com/video/EANPyPncjPm/
7. https://avgle.com/video/_3WhShjIChZ/
8. https://avgle.com/video/IKVmDmNEZmv/
9. https://avgle.com/video/1PdoDorImoX/
10. https://avgle.com/video/rqA2j26Ho2r/tokyo-hot-n-0172-the-lovely-girl-mami-asada
11. https://avgle.com/video/C7GlilAulld/tokyo-hot-n0502-
12. https://avgle.com/video/EUNPrPRg2Pm/tokyo-hot-n0503-
13. https://avgle.com/video/1UkMVMnMQM2/n0504-
14. https://avgle.com/video/_XWhohDPIhT/tokyohot-n0506-
15. https://avgle.com/video/NEYGHGZSlGN/
16. https://avgle.com/video/ayQ181Bqn1a/
17. https://avgle.com/video/0FrBfBvX8B0/tokyo-hot-n0542-
18. https://avgle.com/video/LG9pUpBcUpL/tokyo-hot-n0569-tsubasa-eto
19. https://avgle.com/video/WEBaGa33paW/n0586-
20. https://avgle.com/video/v1ZSqSMINSv/
21. https://avgle.com/video/jj0NlNNSoNw/tokyo-hot-n0634-

1

22. https://avgle.com/video/jeRr0rJ7vrj/
23. https://avgle.com/video/N4YGzGEn9GN/
24. https://avgle.com/video/ZpFrMrcvXrr/n0781-
25. https://avgle.com/video/g2b8_89XW87/tokyo-hot-n0783-
26. https://avgle.com/video/vxZSuSZBoSv/n0788
27. https://avgle.com/video/suHR5RC1ZRm/
28. https://avgle.com/video/ldf505Nik5Z/tokyo-hot-n0892-
29. https://avgle.com/video/_D6nsnH8hn_/
30. https://avgle.com/video/GcpfefPxdfJ/sample-tokyo-hot-n0923-
31. https://avgle.com/video/lxf5A5pTT5l/n1006-
32. https://avgle.com/video/ggEDhDYSqDg/n1069-
33. https://avgle.com/video/GKpfZf3PBfG/n1125-
34. https://avgle.com/video/C5GlYl85llC/
35. https://avgle.com/video/CBGl2l0zRlC/tokyohot-n1180-ayaka-nakai-l-javfree-vn-blogspot-com
36. https://avgle.com/video/FihC2CBDHCF/tokyo-hot-n1192-
37. https://avgle.com/video/MXwvbvvntvZ/
38. https://avgle.com/video/ljf5w5FTq5l/xvsr-361-
39. https://avgle.com/video/RX1wdwYqzwU/
40. a
41. https://avgle.com/video/_AORuR7XoRO/random-squirts-part-11
42. https://avgle.com/video/eFScAcNYTcU/
43. https://avgle.com/video/JocdEd_55dd/tokyo-hot-n1126-w
44. https://avgle.com/video/7Yt6O6pA66P/
45. https://avgle.com/video/EANPyPncjPm/
46. https://avgle.com/video/1PdoDorImoX/
47. https://avgle.com/video/yzj7P7H5_7y/tokyo-hot-n0183-the-lovely-girl-mami-asada-satomi-suzuki
48. https://avgle.com/video/_OvrlrDLfrb/
49. https://avgle.com/video/QnuH3H70BHQ/
50. https://avgle.com/video/EuCOcOvayOE/
51. https://avgle.com/video/0VrBJBqLeB0/tokyo-hot-n0724-aika
52. https://avgle.com/video/ZvI8B8IsB88/n0781-
53. https://avgle.com/video/NjDT5TFnHTQ/n0790-
54. https://avgle.com/video/tQm616mQk6V/tokyo-hot-n0917-w
55. https://avgle.com/video/ESCO1OfJ_Op/
56. https://avgle.com/video/XnUK6K7pEKX/
57. https://avgle.com/video/YZyADAS8UAY/tokyo-hot-n1193-
58. https://avgle.com/video/ztKPAPyCGPP/sample-tokyohot-n1195
59. https://avgle.com/video/RiicwcIz1cR/tokyohot-n1196-shiho-nakamura-emi-iguchi-l-javfree-vn-blogspot-com
60. https://avgle.com/video/_46n4nnfLns/
61. https://avgle.com/video/CJgScSMLqSk/random-squirts-part-15
62. https://avgle.com/video/7Zt6O6Qmc6P/
63. https://avgle.com/video/rWA2j26A52r/tokyo-hot-n0192-to-your-school-mami-asada-satomi-suzuki
64. https://avgle.com/video/_FWhxhWWPh_/
65. https://avgle.com/video/s0HRORB_5Rs/tokyo-hot-n0744-aika
66. https://avgle.com/video/I_VmgmMpFmv/tokyo-hot-n0766-
67. https://avgle.com/video/I8VmqmSxKmm/n0781-
68. https://avgle.com/video/0E3U4UsHyUF/n0792-
69. https://avgle.com/video/G4pfEfvYzfG/

Location of original works: https://my.tokyo-hot.com

This correspondence and all of its contents is without prejudice to CSJJ Media, Inc., ▮▮▮▮▮ or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker
Agent for CSJJ Media, Inc.



Jason Tucker
SKYPE: ▮▮▮▮
▮▮▮▮▮

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability. All rights reserved.

# Jason Tucker

| | |
|---|---|
| **From:** | Jason Tucker |
| **Sent:** | Monday, December 23, 2019 8:56 AM |
| **To:** | 'copyright@avgle.com'; 'abuse@cloudflare.com' |
| **Subject:** | DMCA Notice for Copyright Infringement - CSJJ Media - |

Via Email: copyright@avgle.com; abuse@cloudflare.com

**RE: DMCA Notice for Copyright Infringement - CSJJ Media -**

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
CSJJ Media, Inc.
c/o Battleship Stance, Inc.
Attn: Jason Tucker
Address:

Infringing Material:
https://avgle.com/video/GapfFfCn2fJ/
https://avgle.com/video/59zxLxSTjx5/
https://avgle.com/video/Zy_glgV0bgZ/tokyo-hot-n0929-
https://avgle.com/video/5hJ8t8TNU85/

Location of original works: https://my.tokyo-hot.com

This correspondence and all of its contents is without prejudice to CSJJ Media, Inc., ▮ or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker
Agent for CSJJ Media, Inc.


Jason Tucker
SKYPE:

1

**Twitter:** █████████

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability. All rights reserved.